United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 2, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-50115

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

JUAN ANTONIO CORONADO-RODRIGUEZ

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, Austin
----------------------

Before JONES, BARKSDALE, and PRADO, Circuit Judges.

PER CURIAM:[1]

IT IS ORDERED that appellee's unopposed motion to vacate the

sentence is GRANTED;

IT IS FURTHER ORDERED that appellee's unopposed motion to

remand to the district court for resentencing is GRANTED;

IT IS FURTHER ORDERED that appellee's alternative unopposed

motion to extend time to file the appellee's brief 14 days from

the Court's denial of appellee's motion to vacate is DENIED AS

UNNECESSARY.

---

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.